IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:12-cr-00225 |
| v. | ) | |
| | ) | Judge Nixon |
| AKEEM KEELEY | ) | |

### ORDER

I hereby **RECUSE** myself from this matter. The file shall be returned to the Clerk for reassignment.

It is so ORDERED.

Entered this the 11th day of January, 2013.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT