**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:12-00225 |
| | ) | Chief Judge Haynes |
| AKEEM KEELEY, | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

The sentencing hearing is set in this action for **Monday, June 10, 2013 at 2:00 p.m.** By

**Friday, May 31, 2013** counsel shall submit their memoranda, response and/or reply as well as the

number of witnesses to be called and the expected length of the hearing by. Failure to comply with

this deadline may result in the resetting of the sentencing hearing. Counsel shall be prepared to

discuss any forfeiture issues.

It is so **ORDERED**.

**ENTERED** this the ____ day of March, 2013.

_____
WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court